1
2
3
4
5          **IN THE UNITED STATES DISTRICT COURT FOR THE**
6                 **EASTERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| **JUAN MADRIGAL, JR.,**<br>**JUAN MADRIGAL, SR.,**<br>**LILIA MADRIGAL,**<br><br>          **Plaintiffs**,<br><br>     **v.**<br><br>**STATE OF CALIFORNIA,**<br>**STANISLAUS COUNTY SHERIFFS**<br>**DEPT, CITY OF PATTERSON**<br>**POLICE SERVICES, DEPUTY**<br>**SHERIFF STEVE WATSON #291,**<br>**DEPUTY SHERIFF ADAM**<br>**BASMAJIAN, AND DOES 1-100,**<br><br>          **Defendants**. | **CIV- F-06-0595 AWI SMS**<br><br>**ORDER GRANTING**<br>**PLAINTIFFS' RULE 41(A)(1)**<br>**MOTION AND DISMISSING**<br>**DEFENDANT STATE OF**<br>**CALIFORNIA**<br><br>**(Document #7)** |

8
9
10
11
12
13
14
15
16
17

18        On July 7, 2006, Plaintiffs filed a notice of voluntary dismissal without prejudice of only

19   Defendant State of California pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

20        In Wilson v. City of San Jose, the Ninth Circuit explained:

21        Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
          action prior to service by the defendant of an answer or a motion for summary
22        judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
          Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir.
23        1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of
          dismissal prior to the defendant's service of an answer or motion for summary
24        judgment. The dismissal is effective on filing and no court order is required. Id.
          The plaintiff may dismiss some or all of the defendants, or some or all of his
25        claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-
          10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court
26        automatically terminates the action as to the defendants who are the subjects of
          the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is
27
28

ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought.  Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answer to Plaintiffs' first amended complaint and no motion for summary judgment have been filed in this case by Defendant State of California or any other Defendant.  Because Plaintiffs have exercised their right to voluntarily dismiss their complaint under Rule 41(a)(1)(i) as to the State of California, the State of California is no longer a party to this suit as explained by Wilson v. City of San Jose.

Therefore, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion to dismiss is GRANTED;

2.    The August 25, 2006 hearing date is VACATED; and

3.     Defendant State of California is DISMISSED from this case without prejudice as per Plaintiffs' July 7, 2006, Rule 41(a)(1)(i) Voluntary Dismissal.

IT IS SO ORDERED.

**Dated:    July 14, 2006**                           **_____/s/ Anthony W. Ishii_____**
0m8i78                                                 UNITED STATES DISTRICT JUDGE

2