IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADRIGAL, JR., JUAN MADRIGAL SR., LILLIA MADRIGAL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE OF CALIFORNIA, et a., )<br>)<br>Defendants. )<br>_____ ) | CV F 06-0595 AWI SMS<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 25, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Defendant ADAM BASMAJIAN noticed for hearing and decision a motion to dismiss the second cause of action and third cause of action against him on the grounds that these causes of action fail to state a claim against ADAM BASMAJIAN.  The matter was scheduled for hearing to be held on September 25, 2006.   Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than September 5, 2006.  Plaintiffs failed to do so.

     Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules.  See 78-230(c).  Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendant ADAM BASMAJIAN's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
2 25, 2006, is VACATED, and no party shall appear at that time.  As of September 25, 2006, the
3 court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 19, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2