1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADRIGAL, JR., JUAN MADRIGAL SR., LILLIA MADRIGAL,<br><br>Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA, et a.,<br><br>Defendants. | CV F 06-0595 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 18, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Defendant ADAM BASMAJIAN noticed for hearing and decision a motion to dismiss the fourth cause of action against him on the ground that he is immune from a state law cause of action for malicious prosecution.  The matter was scheduled for hearing to be held on December 18, 2006.

    The court has reviewed the parties' briefs on this motion and has determined that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 18, 2006,  is VACATED, and no party shall appear at that time.  As of December 18, 2006,  the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     December 11, 2006                          /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE