1 | LAW OFFICES OF KIMBERLY AYERS
KIMBERLY C. AYERS, SBN 205260
2 | 801 10TH Street, 5th Floor, Suite 107
Modesto CA 95354
3 | ph: (209) 521-1729
fx:  (209) 521-2942

In Association with:

NEAL E. COSTANZO, SBN 122352
HARGROVE & COSTANZO
575 E. Locust Ave. Suite 115
Fresno CA 93720
ph:   (559) 261-0163
fx:    (559) 261-0706

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADRIGAL JR., JUAN MADRIGAL SR., LILIA MADRIGAL, <br><br>         Plaintiff, <br><br>    vs. <br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, CITY OF PATTERSON, PATTERSON POLICE SERVICES, STEVE WATSON AND ADAM BASMAJIAN, individually and as DEPUTIES AND EMPLOYEES OF THE COUNTY OF STANISLAUS, SHERIFF'S DEPARTMENT AND PATTERSON POLICE SERVICES, and Does 1 through 10, inclusive <br><br>         Defendants. <br>_____ | Case No. 1:06-CV-00595-AWI-SMS <br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER <br><br>Judge:    Sandra M. Snider, U.S. Magistrate Judge |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys that the Scheduling Conference Order entered by the court in this action on 11/06/2006 be

modified and amended as follows:

1. That the expert witness disclosure date will be continued from May 1, 2007 to June 15, 2007.

2. That the supplemental disclosure of expert witnesses be continued from May 25, 2007 to July 2, 2007;

3. That the discovery cut-off date be continued from July 2, 2007 to Aug 3, 2007.

4. That the deadline for filing non-dispositive motions be continued from July 6, 2007 to September 3, 2007.

Good cause exists for the foregoing stipulation and modification of the court's Scheduling Conference Order in this action in that the parties require additional time to complete non-expert depositions in order to prepare their expert witness disclosures.

Respectively submitted

        HARGROVE & COSTANZO

Date: April 26, 2007      /s/ Neal E. Costanzo
      Neal E. Costanzo, Attorney for Plaintiff

Date: April 30, 2007      /s/ Kimberly C. Ayers
      Kimberly C. Ayers, Attorney for Plaintiff

Date: April 26, 2007      /s/ Dan Farrar
      Dan Farrar, Attorney for Defendants County of Stanislaus, Sheriff's Department

Date: April 26, 2007      /s/ Justus Spillner
      Justus Spillner, Attorney for Defendant Watson

Date: April 30, 2007                    /s/ Lee Hedgepeth

                                            Lee Hedgepeth, Attorney for Defendant Basmajian

## ORDER

IT IS HEREBY ORDERED that the Scheduling Conference Order entered in this action by the court on 11/06/2006 shall be modified and amended as follows:

1. That the expert witness disclosure date will be continued from May 1, 2007 to June 15, 2007.

2. That the supplemental disclosure of expert witnesses be continued from May 25, 2007 to July 2, 2007;

3. That the discovery cut-off date be continued from July 2, 2007 to Aug 3, 2007.

4. That the deadline for filing non-dispositive motions be continued from July 6, 2007 to September 3, 2007.

IT IS SO ORDERED.

**Dated:   May 3, 2007**                    /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE