```
D. Lee Hedgepeth - 088711

CURTIS & ARATA
A Professional Corporation
1300 K Street, Second Floor
P. O. Box 3030
Modesto, California 95353
209-521-1800
fax 209-572-3501
dlhedgepeth@curtisandarata.com


Attorneys for Defendant,
ADAM BASMAJIAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADRIGAL, JR., JUAN MADRIGAL, SR., LILIA MADRIGAL,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, STANISLAUS COUNTY SHERIFFS DEPARTMENT, CITY OF PATTERSON POLICE SERVICES, DEPUTY SHERIFF STEVE WATSON #291/sq91, DEPUTY SHERIFF ADAM BASMAJIAN SQ 97 AND DOES ONE THROUGH ONE HUNDRED,<br><br>                Defendants.<br>_____/ | No. 1:06-cv-00595 AWI SMS<br><br>STIPULATION AND **ORDER** TO MODIFY SCHEDULING CONFERENCE ORDER<br><br>Judge: Sandra M. Snider<br>       U.S. Magistrate Judge |

    IT IS HEREBY STIPULATED by and between the parties herein, through their counsel of record, that the Scheduling Conference Ordered entered by the court in this action on November 6, 2006 be modified and amended as follows:

    1.   That the expert witness disclosure date be continued from June 15, 2007 to June 29, 2007.

Stipulation and Order to Modify Scheduling Conference Order        1

2. That the supplemental disclosure of expert witnesses be continued from July 2, 2007 to July 16, 2007.

Dated: June 27, 2007        CURTIS & ARATA
                            A Professional Corporation

                            By  /s/ Lee Hedgepeth
                              D. LEE HEDGEPETH
                              Attorneys for Defendant
                              ADAM BASMAJIAN

Dated: June 26, 2007        HARGROVE & COSTANZO

                            By /s/ Neal E. Costanzo
                              NEAL E. COSTANZO
                              Attorneys for Plaintiffs
                              MADRIGAL

Dated: June 25, 2007          /s/ Kimberly C. Ayers
                              KIMBERLY C. AYERS
                              Attorney for Plaintiffs
                              MADRIGAL

Dated: June 26, 2007          /s/ E. Dan Farrar
                              DAN FARRAR
                              Attorney for Defendant
                              STANISLAUS COUNTY
                              SHERIFF'S DEPARTMENT

Dated: June 25, 2007        McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH

                            By /s/ Justus C. Spillner
                              JUSTUS C. SPILLNER
                              Attorneys for Defendant
                              STEVE WATSON

Stipulation and Order to Modify Scheduling Conference Order         2

1 ORDER

2  IT IS HEREBY ORDERED that the Scheduling Conference Order
3 entered in this action by the court on November 6, 2006 shall be
4 modified and amended as follows:
5   1.  That the expert witness disclosure date be continued
6 from June 15, 2007 to June 29, 2007.
7   2.  That the supplemental disclosure of expert witnesses be
8 continued from July 2, 2007 to July 16, 2007.

10 IT IS SO ORDERED.

11 **Dated:   July 10, 2007**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE